UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

~~CIVIL RIGHTS~~ **General** COMPLAINT ← (involves money paid by me)

Garrett D. Santillo
_____
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Christopher S. Carlin
_____

Case No. 3:14cv1345 (JAM)
(To be supplied by the court)

_____
_____
_____
_____

Christoper Sean Carlin (Founder, Director of Clinical Services of ASD Support Services, Higganum, CT
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Please serve him the summons at home preferably or his business. (Higganum, CT)

**A. PARTIES**

1. Garrett Santillo is a citizen of Florida who
   (Plaintiff)                    (State)
   presently resides at 621 S. 24th Ave., Hollywood
                        (mailing address)

2. Defendant Chris S. Carlin is a citizen of Connecticut
             (name of first defendant)        (State)
   whose address is 400 Beaver Meadow Road, Haddam, CT 06438
   and who is employed as his own Company: ASD Center for Therapeutic Services
                          (title and place of employment)
   415 Killingworth Road, Higganum, CT 06441

   phone: 413-695-6951 (Chris' cell number)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain: The act of me paying my therapist of 2013 cash to cover postage he purchased to mail my letters while on supervised release.

3. Defendant _____ is a citizen of _____
   (name of second defendant)                                    (State)

whose address is _____

and who is employed as _____
                    (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____ 42 U.S.C. § 1983 (applies to state defendants)

   ✓ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

This case being read and decided by a Connecticut Federal Judge or Magistrate is fine with me. (Garrett)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Christopher Sean Carlin was a clinical social worker during most of 2013 for me. It is not necessarily true that I have a mental illness at all. It is the opinion of some doctors. During my Federal term of Supervised Release for a Dec. 2006 threatening charge, It was agreed by me and my treaters in Branford, CT that my mail be reviewed and then sent by my therapist which was Mr. Carlin. U.S. probation agreed to that.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Mr. Carlin was asked by me within the last few months if he completed mailing out every letter I gave him and did I owe him additional money to complete the job?

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Mr. Carlin answered all my other questions after treatment ended with him by communicating to me on his cell phone. I forgot to ask him the above questions during the time I saw him in therapy in person and still expect him to keep his promise of "I'll mail all of this out. The money you're giving me should be enough." Each time I gave him letters while knowing him, he said that or similar words.

3

**Claim II:** I responded to the last communications I received from Mr. Carlin with fair answers that make logical sense. We agreed to stop communicating with each

**Supporting Facts:** other by all means of communication because we were both certain we had no reason to continue communicating. Mr. Carlin, in his opinion, was beginning to become angry because I was telling him the fact that most of what he was sending me was "his opinion."

**Claim III:** To respect Mr. Carlin and keep my promise which is the honest and correct way, I stopped communicating with him, totally and I want your Honor to tell him (Chris

**Supporting Facts:** S. Carlin) that "I am not intimidated by him telling me by text message ["Keep it up and I'll have you in custody."] I gave a final response to that of "I can do the same to you if you continue to communicate to me once we've both agreed to end as of now." I remembered several days after this promise that I forgot to rightfully ask him final confirmation that he sent all mail he agreed to and that I paid him postage money for. Instead of breaking my promise, I am filing this case.

4

## E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
\_\_\_\_Yes  \_✓\_No.  If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b. Name and location of court and docket number_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)

_____

   d. Issues raised: _____

_____

   e. Approximate date of filing lawsuit:_____

   f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

I request the following relief: For someone that represents Christopher S. Carlin, or someone from the U.S. Court there or Chris S. Carlin himself to confirm to my e-mail or in writing to my mailing address that all mail I gave him while in treatment in 2013 was mailed out by him, and—Is there a remaining first class stamp postal balance I owe him so that he completes the job he promised to complete. If so, balance $?

## G. JURY DEMAND

Do you wish to have a jury trial? Yes ____  No __✓__

_____no attorney_____  
Original signature of attorney (if any)

_____*Garrett D. Santillo*_____  
Plaintiff's Original Signature

_____  
Printed Name

_____Garrett D. Santillo_____  
Printed Name

Additional Note to Judge/Magistrate — As Your Honor probably knows, Since it is money I paid for a promised ( )service, I have the right to the provider (Mr. Carlin's) answers to above postal questions. Thank you.

_____  
Attorney's full address and telephone

_____  
Plaintiff's full address and telephone

_____  
Email address if available

_____  
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Hollywood, FL___ on ___9/8/2014___.
(location)                          (date)

_____*Garrett D. Santillo*_____  
Plaintiff's Original Signature

(Rev. 9/22/09)